IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD W. EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-452-ID |
| ) | |
| ) | |
| WARDEN JOHN CUMMINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 16) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. The Motion for Preliminary Injunction (Doc. No. 13) filed by Plaintiff is DENIED. It is further

ORDERED that this case is REFERRED back to the Magistrate Judge for additional proceedings.

Done this 4th day of August, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE